UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-24781 BLOOM/Torres

GLYNDA HOLCOMB,

    Plaintiff,

v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.,

    Defendants.

_____/

## ORDER TO UNSEAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On December 18, 2023, Plaintiff filed her Complaint under seal along with a Sealed Document Tracking Form, pursuant to Florida Rule 2.42(c)(9)(A), ECF No. [1-1]. The Court finds no basis for this action to remain under seal.

Accordingly, it is **ORDERED AND ADJUDGED** that the entries in this case shall be on the public docket. The Clerk of Court is directed to **UNSEAL** all docket entries in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 19, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record